IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00510-BNB

REGIS DILLON, JR.,

    Applicant,

v.

RENE G. GARCIA, Warden, FCI-Englewood,

    Respondent.

## ORDER DISMISSING CASE

    Applicant, Regis Dillon, Jr., initiated this action by filing pro se an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) challenging the execution of his prison sentence. On March 28, 2013, Magistrate Judge Boyd N. Boland ordered Mr. Dillon to show cause why the action should not be dismissed as moot because Mr. Dillon was released from prison on March 18, 2013. On April 8, 2013, Mr. Dillon filed a Response to Order to Show Cause (ECF No. 11) stating that he does not object to dismissal of this matter without prejudice. Accordingly, it is

    ORDERED that the application is denied as moot and the action is dismissed without prejudice.

    DATED at Denver, Colorado, this  11th  day of    April    , 2013.

    BY THE COURT:

    s/Lewis T. Babcock
    LEWIS T. BABCOCK, Senior Judge
    United States District Court